IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNETH D. BIVENS,

    Petitioner,

    v.

MICHAEL SHEETS, Warden,

    Respondent.

CASE NO. 2:08-CV-42
JUDGE GRAHAM
MAGISTRATE JUDGE KING

## OPINION AND ORDER

On February 17, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

S/ James L. Graham
JAMES L. GRAHAM
United States District Judge

Date: March 12, 2009